IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT TRESSLER,<br>    Plaintiff | )<br>)<br>) |
| v. | )   Civil Action No. 05 - 508<br>) |
| PYRAMID HEALTHCARE,<br>    Defendant. | )<br>) |

### SCHEDULING ORDER

Upon request of counsel, Defendant is granted until January 27, 2006 to file a supplemental brief in the pending Motion to Dismiss/Motion for Summary Judgment in the above matter. Plaintiff's are granted 14 days from the date of filing of the supplemental brief to fill a reply thereto. In no event shall said reply be filed later than February 10, 2006.

Date: January 18, 2006
                                            /s/Lisa Pupo Lenihan
                                            U.S. Magistrate Judge

cc: All counsel